# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 23, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 28 2015

Abel Acosta, Clerk

Re: Robert Lynn Pruett
v. Texas
No. 14-8097
(Your No. AP-77,037)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 20, 2015 and placed on the docket January 23, 2015 as No. 14-8097.

Sincerely,

Scott S. Harris, Clerk

by

Andrew Downs
Case Analyst